Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Tiffany Perkey

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-0458<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Tiffany Perkey,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (TIFFANY PERKEY) and Defendants, by and through the undersigned attorneys. pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: _____

Attorneys for Plaintiff, Tiffany Perkey

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2  DATED: April 27, 2009    DLA PIPER US LLP

3

4  By: _____
      Michelle Sadowsky
5     Attorneys for Defendants

6

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10  Dated: APR 3 0 2009   _____
                          Hon. Charles R. Breyer
11                        United States District Court

12

-2-